**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Crim. Case No. 23-20610
    Hon. Laurie J. Michelson

CHRISTINE OLNEY,

    Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, CHRISTINE OLNEY, the defendant in this case, hereby acknowledge that I have received a copy of the **Information** before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT ONE: <u>Misdemeanor</u> Theft of Government Funds (18 U.S.C. § 641): Up to 1 Year of Imprisonment, a Fine up to $100,000 or twice the loss, or both.

                                             _/s/ Christine Olney_  12/19/2023
                                             CHRISTINE OLNEY
                                             Defendant

Dated: 12/19/2023

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for the defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty (20) days of arraignment.

                                                         _____
                                                         LEON A. PARKER
                                                         Counsel for Defendant

Dated: 12/19/23