2 April, 2024

Honorable Laurie J. Michelson
United States District Court Judge
231 W. Lafayette, Room 737
Detroit, MI 48226

Your Honor,

Hello, my name is Mrs. Rachael Vivian and I am writing this letter on behalf of Mrs. Christine Olney.  I live in Parma, MI located within Jackson County.  I have been a resident since October of 2006 when my family relocated to the area from Radcliff, KY when my husband left active duty with the Army.  I am currently a high school science teacher at Western Career Prep High School, which is the alternative high school for a local district.  I began my journey towards my career as a substitute teacher in 2012 in order to get to know the people in the school district where my daughters were attending.  I have held countless volunteer positions within the school district through the years as well which is why Western School District has my heart.  Christine is a very dear friend of mine despite our beginning as strangers.  In the fall of 2018, I was contacted by our local high school principal when he asked if I would consider taking on a position with a student through the end of the semester instead of substitute teaching.  The student I was paired with was Christine's middle son, Mason.  I spent a number of months working with Mason at school which led to many conversations with his mom.  I have now known Christine for 5 ½ years and I easily & proudly call her my best friend.  We talk to each other every single day.  Her family is my family and vice versa.

I want to share a bit about my opinion of Christine and her character.  Even though I have a number of friends, I do not have many that I trust the way I trust Christine.  Countless times she has stepped up to care for my home and pets when my family needed to be away, which as you can imagine is a big deal to let someone into your home when you can't be there.  In fact, just one week ago today, my family was away on spring break in the Bahamas when my oldest was in a freak car accident that totaled her vehicle.  Here we were, thousands of miles away and my daughter needed help.  I immediately got a hold of Christine who jumped into action.  She rushed to my home to be there when my daughter arrived and stepped in to do something my husband and I could not.  Not only did she survey the vehicle, help her secure it from the elements but most importantly - she hugged her tightly in my place.  I cannot express how much calmer I felt knowing that she would handle whatever was needed and give my daughter a familiar face during a scary time when her parents were gone.  When I think of the kind of person Christine is, the foremost descriptive word is giver.  She legitimately spends all of her time doing for others and giving of herself for their benefit.

The biggest example of this trait is in her role of homemaker, wife and mother.  While her husband has worked full time their entire marriage to provide financially, she has been behind the scenes keeping the family together so that Jason could continue to work.  She made sure her boys got to participate in all of the school things, friend things and provided them with a safe space to call home.  Her largest priority has been and may always be her son Mason who is autistic.  Mason is who I spent a semester with and has significant challenges to navigate in life.  Simply put: Mason cannot manage himself as an adult in our society.  Christine is his management system.  From doctor's appointments & medications to managing his emotional outbursts & teaching him the ways of the world - she quite literally does it all for him.  Because Mason poses a significant safety risk to himself and family, he cannot be left alone which means that Christine is with him all day, every day.  I have watched as she has continued to pile more burden onto her plate through the years with very little outlet for herself.  Not once in our 5 ½ years of friendship have we been able to go to lunch or a movie.  We have never had an afternoon shopping spree, a concert or girls getaway weekend.  Where Christine goes - Mason goes.  It's honestly that simple.  Though I didn't know her before this role, I imagine that it must have been incredibly difficult to give up everything she might like for herself in order to provide a haven for her son & ensure her husband could continue to work.  Actually, as I wrote, the word that comes to mind is sacrifice because she has absolutely sacrificed so many things for herself to give to her family.  Thankfully she was capable of finding joy in other ways through crafting, gardening and cooking.  Speaking of cooking, she can outcook everyone I know and you can see the love she has for her family in the meals she prepares for them every night.  I could write about her kindness, giving heart and skills for days but none of that really compares to the kind of friend she has been for me.  She's the safest person in my world outside of my own family, my anchor to remind me of who I am & what I'm capable of.  I truly believe that some people are made for a moment in your life while others are made for the rest of your life - she was made for the rest of my life and I am forever grateful that she is.

When Christine made me aware of her legal situation, I was not only shocked but I was scared for her.  I quietly let her tell me everything, asking a few questions but mostly just listening.  I kept insisting she must be making it sound worse than it was until it began to unfold and I truly realized the gravity of the situation.  I don't even remember making an active choice to support her during this process because it wasn't a question in my mind - I would support her in any way that I possibly could.  I didn't sugar coat the conversations.  Instead I took the approach that I take with my students: it is what it is - now what are we going to do to rectify the situation?  I want to make sure that you are aware of her concern for her family as this all unfolded.  She was careful not to speak openly in front of her kids so that they wouldn't worry or feel scared.  She repeatedly expressed her worry for what

would happen to Mason.  Typically I am someone who would say that a criminal needs to pay the price and learn the lesson however in Christine's case, the person who pays the price and learns the lesson sadly is Mason.  He has never known a day in his life that is without her presence to lead, guide, provide and love.  Her husband does not know how to provide all of this and I truly feel that this family will fall apart if she were to be sentenced to any prison time.  We see it so often in education that when the anchor of a family is no longer present, the young people quickly fall to pieces and find themselves heading down a wrong path that cannot be easily corrected.  My biggest request of you is to consider the well-being of Mason and consider a light sentence of probation so that Christine can continue to be the guiding light for her son.  I feel that I can justify this request because of Christine's character outside of this one offense.  She's involved in our tiny community; a giver and provider to many in her world; doesn't have a record or history that would suggest she cannot learn from this; and most importantly Mason needs her at home.

Thank you for your time spent on this letter, it is greatly appreciated.

Sincerely,



Rachael C. Vivian
9218 Minard Road
Parma, MI 49269
(517) 416-4103