UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Cr. No. 23-20610

v.                                       Honorable Laurie J. Michelson

CHRSTINE OLNEY,

        Defendant.
_____/

**SUPPORT LETTER ON BEHALF OF MS. OLNEY**

The attached letter was received by defense counsel after the deadline for sentencing memoranda in this case. This letter was written by Ms. Olney's husband and we ask the Court to read and consider its contents prior to her sentencing tomorrow.

                                                    Respectfully submitted,

                                                    **FEDERAL COMMUNITY DEFENDER OFFICE**

                                                    <u>s/ Casey Swanson</u>
                                                    Counsel for Ms. Olney
                                                    613 Abbott Street, Ste. 500
                                                    Detroit, MI  48226
                                                    313-967-5542
                                                    Casey_Swanson@fd.org

Date: April 23, 2024

Honorable Laurie J. Michelson
United States District Court Judge
231 W. Lafayette, Room 737 Detroit, MI 48226


Your Honor,


Hello, My name is Jason Olney and I'm writing this letter today on behalf of my wife, Christine. The purpose of my letter is to hopefully give you just a glimpse of the kindness and generosity that she shares with everyone that she encounters. I will also try to explain the vital role that she plays not only in our family's everyday lives, but also the lives of friends, neighbors, strangers, and to many people that have no idea that she has helped them in some way. Christine is the kindest and most sincere person you could possibly hope to meet. She is an eternal optimist and an inspiration to be around. Honestly at times I have find it exhausting and almost overwhelming trying to keep up with the lengths that she is willing to go to help others. But I'm usually more than willing to help also.

I would like to give you just a few examples of the many selfless acts she performs for others on a daily basis. It is common practice for my wife and I to buy meals or give a few dollars to people that we know are underprivileged. While it is not an enormous feat to buy a stranger lunch, Christine will take it to another level. She will park her car and walk the food to the person and start a conversation. This is not done with the hopes of someone she knows seeing her doing  a good deed, or getting some sort of recognition. She does this to get to know that person to see if there is another way she may be able to help them with more than just a hot meal. On one particular occasion during a brutally cold winter while driving back from buying herself a pair of boots, she saw a woman named Maria that we regularly helped for quite a few years. Christine noticed that she was wearing a pair of torn up sneakers while standing in the snow. Without hesitation she pulled over to offer the Maria her new boots that she just bought for herself. Knowing that we could not afford to buy another pair until next week, she convinced her to get into the car and try them on. Unfortunately they were too small for her. Not wanting to be a burden Maria put her frozen shoes back on and thanked my wife for her kindness then exited the car. Of course this would not stand with my wife who promptly went back to the store and exchanged the boots for the correct size for her. Within 30 minutes Christine returned to her with a new pair of boots, a package of socks, and a hot meal. We haven't seen Maria in a few years now but we like to think that she is doing well now. Perhaps from the random acts of kindness done by others like my wife.

Another example of her undying effort to help others, took place during the "extreme couponing" craze that was popular a few years ago. Christine would insist that I go to all of the local stores early every Sunday morning, on my only day off. My mission was to buy several newspapers with coupon inserts in them. "But don't buy all of them because that would be rude and check them all for double coupons" were the only instructions that I was given and the only thing I needed to know about it. I would go no questions asked, knowing that it must be for something

important or else she wouldn't ask me to do it on my only day off. She would spend hours cutting, sorting, comparing, and researching stores that we didn't even shop at. This went on for weeks and it didn't really bother me until she started coming home with car loads of the same items. These were products and brands that we did not use or need (shampoo, razors, feminine products, socks, diapers, etc.) and there were hundreds of them on all of the shelves in our basement. I finally confronted her and asked "is this something that I should be concerned about? Do you have a problem that we need to address?" She replied "no it's all part of my master plan". A few days later I came home from work and walk in the house to find it filled with totes and boxes labeled "men" "women" "boys" "girls" "teen" "baby" and "family", stacked to the ceiling in almost every room. When I saw the labels I knew right away that she truly had a "master plan". They were care packages for people who were in need of everyday items. I stood there in amazement which soon turned to tears remembering that just a couple years ago when we had lost our house and all of our possessions in a fire. Remembering the chaos and helplessness that we felt immediately after our fire inspired her to find a way to help others in a situation similar to ours. She put in hundreds of hours of work to help provide people with the basic necessities that we usually take for granted. We spent the next few days delivering them to local shelters, churches, and hotels housing families of recent fires. It was truly inspiring and rewarding just to see the gratitude and appreciation on someone's face who was in a situation that we were once in ourselves. She knew how much it meant to a mother knowing that her kids would have simple things like a toothbrush or a teddy bear to comfort them.

Now that I've described just a few of the amazing things that Christine does for strangers, you can only imagine what she is willing to do for her family and the people she loves.

24 years ago this month we moved into our first and only home together. After both of us growing up in a city environment with troublesome neighbors, we were excited to have the opportunity to buy a house in the country and raise our family in a small town community. We had the expectations of meeting our new neighbors and thinking to ourselves that these people would welcome us with open arms and we would all be the best of friends. Well that turned out to be a misconception right away. The first day that we were here I saw the elderly lady next door raking her yard. I decided to go introduce myself and my four year old son. "Hi my name is Jason and this is my son Dallas." Her reply was only a disapproving head shake and the dropping of her rake as she turned and walked back to her house in silence. Stunned and disappointed, I walked back to the house to give my wife the bad news. The next day I came home from work and Christine informed me that our new neighbor Carol lived alone and after many years of bad experiences with the different families that had lived in the house before us, she was convinced that we would be no different. Within just a couple of hours my wife had gained the trust of a stranger that had not spoken to her neighbors in years. It didn't take long for her to realize that we were not like the people that she was used to. Carol is very independent and self-sufficient (when she can be) and asks for nothing from us, causing us to do things for her before she has a chance to say "no thank you". Unfortunately Carol has had a laundry list of major surgeries in the last fifteen years including two hip replacements, shoulder, two brain surgeries, and within the last few years she has started having sensory overload seizures. All without the benefit of in-home healthcare. Christine has helped her in ways that

only a true caregiver can provide. She makes her meals, takes her to doctor appointments, does her shopping, provides after surgery care, including bathing, and most importantly being a supportive friend. Even after all of Carol's medical problems she is still a strong independent woman and is capable of doing many things for herself. However her seizures sometimes cause her to have a break from reality and she gets very confused and becomes a danger to herself. My wife spends enough time with Carol that she is able to recognize when she might be experiencing symptoms. Christine is able to carefully walk her through the steps that they came up with to keep her calm and lucid. I have mentioned to my wife a few times that we should move someday, but my wife insists that we will not leave Carol behind and Carol insists that she will never move. Needless to say we won't be going anywhere anytime soon. And I'm just fine with that. We have the best neighbors anyone could ever ask for and help each other without hesitation.

You should be receiving a letter from Christine's very good friend, Rachel. In that letter you may or may not read about how Christine insisted on making pulled pork for Rachel's daughter's graduation party. What you might not read about is the enormous amount of work and preparation that went into such an undertaking. Christine, being the willing helper that she is, insisted that we would prepare a ridiculous amount of smoked pork butt (which we had very little experience making). The first thing I said to my wife is "don't you think you are getting in over your head? Do you really want to ruin this girl's party?" The look in her eyes said it all "challenge accepted". At that point my services were no longer needed. She spent untold hours prepping meat, washing dishes, loading wood into the smoker, checking temperatures, and so on for 20+ hours straight throughout the night. The food was so amazing and there was so much left over that people were taking it home and asking me for MY recipe for weeks. And of course I had to fess up and give her all of the credit that she rightfully deserved.

It's not that amazing to me that she is able to accomplish all these wonderful things, it's in her nature. The truly amazing part is that she does all of these wonderful things with our adult son Mason, in tow every step of the way. As you already know, Mason is part of the reason that I'm writing you this letter. Mason presents a very specific set of challenges that doctors, therapists, counselors, and school officials are not equipped to deal with in a home setting. People ask us how we are able to have a normal life with our situation, and the simple answer is, WE DON'T! It's not a normal life, but it is one that I would not change for anything. I'm just grateful that Mason has been able to see firsthand all the selfless acts of love that his mother shares with everyone around her. Until this moment, I always thought that raising a special needs "child" would be the most challenging event we would have to endure. That thought has been replaced with the horrifying reality that I could very soon be raising a special needs "adult" by myself. I can not stress enough how  important it is having her in our home on a daily basis
To say that my wife is amazing is an understatement. She is my hero and my rock. The thought of not having her by our sides is devastating and incomprehensible to me. I know in my heart that what Christine did to bring us to this point was not done out of malice or for personal gain. Her only intention was to ease the burden on me financially and to provide Mason with the medical care he desperately needed. Honestly I don't think that there is another person on the planet (including myself) that has the capability of giving Mason the love, care, and constant

attention that he requires. In closing I can only pray that you will understand that taking away such a devoted and caring wife, mother, and caregiver, for any amount of time, would be a far greater punishment to the people who love her than you could ever know.

 Sincerely yours,


Mr. Jason Olney